1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone:  415/288-4545
   415/288-4534  (fax)
5  shawnw@rgrdlaw.com

6  Attorneys for Plaintiff

7  [Additional counsel appear on signature page.]

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | FIONA M. CUNNINGHAM, Individually and ) | Case No.
   | on Behalf of All Others Similarly Situated, )

12 |                          ) | CLASS ACTION COMPLAINT
   |              Plaintiff,  )

13 |                          ) | 1. Violations of the Consumers Legal
   |        vs.               ) | Remedies Act, California Civil Code §1750 *et*

14 |                          ) | *seq.*;
   | APPLE, INC.,             ) | 2. Violations of the Unfair Competition Law,

15 |                          ) | California Business and Professions Code
   |              Defendant.  ) | §17200 *et seq.*;

16 |_____) | 3. Breach of Express Warranty;
                                   4. Fraudulent Misrepresentation;
17                                 5. Negligent Misrepresentation; and
                                   6. Quantum Meruit
18
                                   DEMAND FOR JURY TRIAL
19

20

21

22

23

24

25

26

27

28

1    Plaintiff Fiona M. Cunningham ("Plaintiff" or "Ms. Cunningham"), individually and on

2 behalf of all others similarly situated, brings this Class Action Complaint against defendant Apple

3 Inc. ("Apple" or "Defendant"), and alleges as follows:

4           **NATURE OF THE ACTION**

5    1.  This is a consumer class action brought by Plaintiff on behalf of herself and all others

6 similarly situated who acquired, in the United States and its territories and its protectorates, Apple's

7 iPhone 6, 6 Plus, 6s, 6s Plus, SE, 7, 7 Plus, 8 and 8 Plus (collectively, the "iPhone Devices") and

8 experienced reduced functionality on their devices due to Apple's iOS updates.

9    2.  Since its debut, Apple has touted the superior performance of the iPhone, its internal

10 processors, and operating system.  Apple marketed its iPhones as high speed and high capability

11 smartphones.  Updates for Apple's mobile operating system, iOS, are regularly released to iPhone

12 customers.  There have been numerous versions of iOS since iPhones were initially introduced, each

13 with multiple iterations, with at least one iOS update released every calendar year.[1]  The latest iOS

14 version, iOS 11.2.2, was released on January 8, 2018.[2]  The iOS downloads, according to Apple,

15 purport to update and improve the performance of iPhones, preserve the security of the devices, and

16 make the devices compatible with the newest and most up-to-date programs and applications.

17    3.  iPhone users have reported reduced functionality on their iPhones as a result of

18 Apple's iOS updates since as far back as 2010.[3]  For example, users reported battery drain with the

19 download of iOS 5;[4] iOS 6 presented users with Bluetooth and cellular network problems;[5] iOS 7

20

21

22

23 [1]  https://en.wikipedia.org/wiki/IOS_version_history#cite_note-193 (last visited on January 3, 2018).

24 [2]  *Id.*

25 [3]  *Id.*

26 [4]  https://www.engadget.com/2011/11/02/apple-confirms-ios-5-bugs-causing-battery-drain-promises-a-fix/ (last visited on January 3, 2018).

27

28 [5]  https://discussions.apple.com/thread/4318307?start=0&tstart=0 (last visited on January 3, 2018).

users experienced battery drainage issues;[6] iOS 8 triggered performance issues on older devices;[7] and iOS 9 was impacted by a bug which caused the touch ID sensor in devices to fail.[8]

4.    In late 2016, iPhone users reported sudden shutdowns of iPhones 5 and 6 running versions of iOS 10 software.[9] In February of 2017, Apple claimed that it had addressed the issue in its latest 10.2.1 iOS update. However, even after the release of the 10.2.1 iOS update, iPhone users still complained of reduced functionality.[10]

5.    Complaints and reports regarding the manner in which iOS updates impair iPhones and the functionality of iPhone features have existed for several years.[11]

6.    For example, on December 18, 2017, in a report by Primate Labs, blogger John Poole plotted the performance of the iPhone 6s and iPhone 7 before and after the iOS fix and stated that Apple was deliberately slowing the performance of its devices. Poole further explained that he "believe[d] (as do others) that Apple introduced a change to limit performance when battery condition decreases past a certain point."[12]

7.    On December 20, 2017, in response to widespread speculation about the impact of iOS 10 on iPhone performance, Apple confirmed users' long-held suspicions and finally admitted that its latest iOS software updates deliberately slowed the performance of certain iPhones.

8.    On Appleinsider.com, one poster theorized as to the cause of slow-downs in the iPhone 6, as follows: "At present, the theory is that the iOS 10.2.1 update issued in part to rectify

---

[6]    https://9to5mac.com/2014/03/13/ios-7-1-makes-everything-faster-including-your-battery-drain/ (last visited on January 3, 2018).

[7]    https://en.wikipedia.org/wiki/IOS_version_history#iOS_8_2 (last visited January 3, 2018).

[8]    https://www.cultofmac.com/413066/apple-apologizes-for-error-53-releases-fix/ (last visited on January 3, 2018).

[9]    https://discussions.apple.com/message/30989226?start=165&tstart=0 (last visited on January 3, 2018).

[10]    https://discussions.apple.com/thread/7669667 (last visited on January 3, 2018).

[11]    http://blackbag.gawker.com/does-apple-ruin-your-iphone-on-purpose-the-conspiracy-1690649898 (last visited on January 3, 2018).

[12]    http://www.geekbench.com/blog/2017/12/iphone-performance-and-battery-age/ (last visited on January 3, 2018).

1  iPhone 6 shutdown issues with a low-power battery condition implemented some kind of down-

2  clocking routing to slow the processor in afflicted devices."[13]

3      9.      Apple wrongfully released iOS updates which, unbeknownst to consumers,

4  knowingly reduced the functionality of the iPhone Devices and forced users to incur expenses

5  replacing these devices or their batteries.  Users of iPhone Devices updated the iOS on their devices

6  through the use of misrepresentations by, or lack of warning on the part of, Apple.  Moreover,

7  Apple's representations about the iPhone Devices and the iOS updates failed to disclose to

8  consumers the damaging impact the updates may have on iPhone Devices.

9                          **INTRADISTRICT ASSIGNMENT**

10      10.      A substantial part of the events or omissions which give rise to the claims in this

11  action occurred in the county of Santa Clara, and as such this action is properly assigned to the San

12  Jose division of this Court.

13                          **JURISDICTION AND VENUE**

14      11.      This Court has jurisdiction pursuant to 28 U.S.C. §1332(a)(1) as modified by the

15  Class Action Fairness Act of 2005, because at least one member of the Class is a citizen of a

16  different state than Defendant, there are more than 100 members of the Class, and the aggregate

17  amount in controversy exceeds $5,000,000.00, exclusive of interest and costs.

18      12.      Pursuant to 28 U.S.C. §1391(b), venue is proper in this District because a substantial

19  part of the events or omissions giving rise to the claims occurred in this Judicial District and

20  Defendant does business throughout this District.  Moreover, venue is proper pursuant to 28 U.S.C.

21  §1391(b) because Plaintiff purchased and activated her iPhone 6 in this District.

22                          **PARTIES**

23      13.      Plaintiff Cunningham is a citizen and resident of the State of New York.  Ms.

24  Cunningham purchased her iPhone in or about May 2015 and believes that the slowdown of her

25  iPhone 6 occurred in connection with the download of iOS 10 software.

26

27  [13]      http://appleinsider.com/articles/17/12/11/apple-may-fix-aging-battery-issues-prevent-

28  random-shutdowns-by-slowing-down-iphones (last visited on January 3, 2018).

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.                    - 3 -

14.     Defendant Apple is a California corporation with its headquarters and principal place of business in Cupertino, California.  Apple is the designer and manufacturer of the iPhone and iOS software.  It maintains its headquarters and principal place of business in Cupertino, California.

15.     Apple transacts substantial business throughout the State of California.  The design, advertising, marketing, and distribution of Apple devices and software stems from this District.  Substantially all of the misconduct alleged in this Complaint occurred in or emanated from California.

## SUBSTANTIVE ALLEGATIONS

**Background**

16.     Apple manufactures, designs, produces, and sells several types of electronic products, including, among others, personal computers, portable music players, cellular phones, and other communication devices.  Apple currently has over 450 retail stores in 13 countries, as well as an online store that sells these electronic devices.

17.     Apple debuted the iPhone in 2007.[14]  Since the first generation iPhone, Apple has released at least one new iPhone model every year: the iPhone 3G in 2008, the 3GS in 2009, the 4 in 2010, the 4s in 2011, the 5 in 2012, the 5c and 5s in 2013, the 6/6 Plus in 2014, the 6s/6s Plus in 2015, the SE in March 2016, the 7/7 Plus in September 2016, the 8/8 Plus in September 2017 and the X in November 2017.[15]

18.     Apple has consistently marketed the iPhone Devices as possessing impressive functioning speed and power efficiency.  For instance, in reference to the iPhones 6, 7, and 8, Apple's website stated the following:[16]

---

[14]     https://en.wikipedia.org/wiki/IPhone_(1st_generation) (last visited on January 3, 2018).

[15]     https://en.wikipedia.org/wiki/IPhone (last visited on January 3, 2018).

[16]     iPhone 6 (https://web.archive.org/web/20140926233000/https://www.apple.com/iphone-6/); iPhone 7 (https://web.archive.org/web/20160924053528/http://www.apple.com/iphone-7/); iPhone 8 (https://www.apple.com/iphone-8/); iPhone X (https://www.apple.com/iphone-x/) (last visited January 3, 2018).

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.                      - 4 -

- **iPhone 6**:

Faster wireless.
Far and wide.

iPhone 6 has faster LTE download speeds,*
and it supports more LTE bands than any
other smartphone so you can roam in more
places. And when connected to Wi-Fi, you'll
get up to 3x faster speeds.

- **iPhone 7**:

iPhone 7 dramatically improves the most important aspects of the iPhone experience. It introduces advanced new camera systems. The best performance and battery life ever in an iPhone. Immersive stereo speakers. The brightest, most colorful iPhone display. Splash and water resistance.[1] And it looks every bit as powerful as it is. This is iPhone 7.

A10 Fusion Chip
The most powerful chip ever in a smartphone.

2×
faster than
iPhone 6

Longest battery life
ever in an iPhone

Wi-Fi and Cellular
Faster LTE with the best worldwide roaming.

- **iPhone 8**:

Faster CPU    Introducing A11 Bionic. With four efficiency cores that are up to 70 percent faster than A10 Fusion. And two performance cores that are up to 25 percent faster.

Power Efficiency    A second-generation performance controller provides more power when you need it. While delivering the same great battery life.[4]

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.                - 5 -

19.    Every iPhone device comes equipped with a mobile operating system called iOS. iOS consists of a collection of software applications, known as "Apps," that allows users to utilize all of the features of Apple products.

20.    Since the iPhone was first released, there have been many versions of iOS, the most recent being iOS 11.[17]  Users are prompted to download the newest iOS version onto their iPhone device via a message from Apple when it is released.  A chart reflecting the release dates of several of the iPhone models and the corresponding iOS updates is depicted below:[18]

| Date | iOS | iPhone Model |
|---|---|---|
| September 19, 2012 | iOS 6 was released | |
| September 21, 2012 | | iPhone 5 was released |
| September 18, 2013 | iOS 7 was released | |
| September 20, 2013 | | iPhone 5c and 5S was released |
| September 17, 2014 | iOS 8 released | |
| September 19, 2014 | | iPhone 6/6 Plus released |
| September 16, 2015 | iOS 9 released | |
| September 23, 2015 | iOS 9.0.1 released | |
| September 25, 2015 | | iPhone 6S and 6S Plus released |
| September 30, 2015 | iOS 9.02 released | |
| October 21, 2015 | iOS 9.1 released | |
| December 8, 2015 | iOS 9.2 released | |
| January 19, 2016 | iOS 9.2.1 released | |
| March 21, 2016 | iOS 9.3 released | |
| March 31, 2016 | iOS 9.3.1 released | iPhone SE released |
| May 16, 2016 | iOS 9.3.2 released | |
| July 18, 2016 | iOS 9.3.3 released | |
| August 4, 2016 | iOS 9.3.4 released | |
| August 25, 2016 | iOS 9.3.5 released | |
| September 13, 2016 | iOS 10 released | |
| September 16, 2016 | | iPhone 7/7 Plus released |
| September 23, 2016 | iOS 10.0.2 released | |

---

[17]    https://en.wikipedia.org/wiki/IOS_version_history (last visited January 12, 2018).

[18]    *Id.*

| Date | iOS | iPhone Model |
|---|---|---|
| October 17, 2016 | iOS 10.0.3 released | |
| October 24, 2016 | iOS 10.1 released | |
| October 31, 2016 | iOS 10.1.1 released | |
| December 12, 2016 | iOS 10.2 released | |
| January 23, 2017 | iOS 10.2.1 released | |
| March 27, 2017 | iOS 10.3 released | |
| April 3, 2017 | iOS 10.3.1 released | |
| May 15, 2017 | iOS 10.3.2 released | |
| July 19, 2017 | iOS 10.3.3 released | |
| September 19, 2017 | iOS 11 released | |
| September 22, 2017 | | iPhone 8/8 Plus released |
| September 26, 2017 | iOS 11.01 released | |
| October 3, 2017 | iOS 11.0.2 released | |
| October 11, 2017 | iOS 11.0.3 released | |
| October 31, 2017 | iOS 11.1 released | |
| November 3, 2017 | | iPhone X released |
| November 9, 2017 | iOS 11.1.1 released | |
| November 16, 2017 | iOS 11.1.2 released | |
| December 2, 2017 | iOS 11.2 released | |
| December 13, 2017 | iOS 11.2.1 released | |
| January 8, 2018 | iOS 11.2.2 released | |

21.     iPhone users are continually prompted to download the most recent version of iOS software.  If users elect to ignore these constant reminders, the device would become incompatible with current Apps and difficult to operate.

22.     Apple has consistently represented that its iOS updates improve rather than hinder the performance and security of iPhone Devices.  For example, Apple's website states: "Keeping your software up to date is one of the most important things you can do to maintain your Apple product's security."[19]  Apple has urged, and continues to urge, iPhone users to update their devices **to add vital security updates and bug fixes necessary for the iPhones to properly function**.  Users are essentially forced to make a "choice" between leaving their personal data susceptible to hackers and

---

[19]     https://support.apple.com/en-us/HT201222 (last visited on January 3, 2018).

1    identity thieves, or upgrade their iOS software which remedies serious security breaches.  In essence,

2    no reasonable consumer, including Plaintiff, would leave his/her iPhone vulnerable to security

3    breaches by not upgrading to the new iOS version.

4        23.    Several iOS updates were, in fact, downloaded without the need or opportunity for

5    action or approval by users.  For example, iOS 7 automatically downloaded onto iPhone devices.[20]

6        24.    The iOS notifications, which alert users to update their iPhones, highlight the positive

7    features of iOS updates but fail to inform users of the fact that these updates reduce the functionality

8    of the devices.

9        25.    For example, Apple's website stated that the iOS 7 update contained numerous new

10    features and "[b]ug fixes."[21]    Additionally, the notification sent to users to download iOS 7

11    highlighted the software's "beautiful new design" and "hundreds of new features."

12        26.    Likewise, with respect to iOS 9, Apple's website stated that the update "has

13    incredible new features to make your experience more seamless, efficient, and enjoyable."[22]  The

14    iOS 9 notification also stated that the software would improve the devices' functionality and provide

15    critical security features.  The iOS 9 notification containing these statements is depicted below:

16

17    

18

19

20

21

22

23

24

25    ――――――――――――――――――――
     [20]    https://www.cnet.com/news/ios-6-holdouts-complain-about-large-unwanted-ios-7-download/

26    (last visited on January 3, 2018).

27    [21]    https://support.apple.com/kb/dl1682?locale=en_US (last visited on January 3, 2018).

28    [22]    https://www.apple.com/lb/support/ios9/ (last visited on January 3, 2018).

1

2          27.    iPhone users have reported reduced functionality on their iPhone Devices as a result

3   of Apple's iOS updates, claims which Apple has consistently denied.  For example, users reported

4   battery drain bugs with the download of iOS 5;[23] iOS 6 presented users with Bluetooth and cellular

5   network problems;[24] iOS 7 users experienced battery drainage issues;[25] iOS 8 triggered performance

6   issues on older devices;[26] and iOS 9 was impacted by several issues, including, for example, a bug

7   called "Error 53" wherein devices that have touch ID sensors replaced by a repair shop fail.[27]

8          28.    In late 2016, iPhone users reported sudden shutdowns of their devices as a result of

9   downloading versions of iOS 10.[28]  3,429 members of the Apple discussion group reported that they

10  experienced this same issue.[29]  In February of 2017, Apple claimed that it had almost entirely

11  resolved the issue in its latest 10.2.1 iOS update.  In a statement to TechCrunch, Apple said: "With

12  iOS 10.2.1, Apple made improvements to reduce occurrences of unexpected shutdowns that a small

13  number of users were experiencing with their iPhone."[30]

14         29.    The alert to download iOS 10.2.1, which purportedly repaired iPhones that were

15  shutting down unexpectedly, stated that the update included "bug fixes" and improvements in device

16  security.  A depiction of the iOS 10.2.1 notification is set forth below:

17

18

19

20  ─────────────────────────
    [23]     *Supra* at note 4.

21  [24]     *Supra* at note 5.

22  [25]     *Supra* at note 6.

23  [26]     *Supra* at note 7.

24  [27]     *Supra* at note 8.

25  [28]     *Supra* at note 9.

26  [29]     *Id.*

27  [30]     https://techcrunch.com/2017/02/23/apple-says-ios-10-2-1-has-reduced-unexpected-iphone-
    6s-shutdown-issues-by-80/ (last visited January 16, 2018).

28

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.                    - 9 -

30.     Apple does not allow iPhone users to revert their iOS software to a previous, better functioning version of iOS. Moreover, Apple does not warn users that these iOS updates are irreversible.

31.     Based on Apple's instructions, Ms. Cunningham downloaded and installed the iOS updates recommended for her iPhone as they were released by Apple and appeared as notifications (to be downloaded) on her iPhone. These updates, as best as she can recall, included iOS 10.2.1 and iOS 11.2. At no time did Apple advise or warn Ms. Cunningham that installing any of its iOS updates, including the aforementioned updates, would result in diminishing the performance of her phone under certain conditions. Indeed, and as depicted above, while the notices Ms. Cunningham received regarding the updates discussed the benefits of the same, they were silent about performance-throttling or functionality reduction.

32.     Nonetheless, Ms. Cunningham first experienced slowdowns of her iPhone's performance in or about the Fall of 2016. It was not until January 2018 that Ms. Cunningham first learned that Apple had intentionally caused her iPhone's performance to diminish.

**Apple Admits Its Actions**

33.     iPhone users have speculated that iOS updates impair the functionality of iPhone Devices.

34.     For example, on December 18, 2017, in a report by Primate Labs, blogger John Poole plotted the performance of the iPhone 6s and iPhone 7 before and after the iOS fix and stated that Apple was deliberately slowing the performance of its devices. Poole further explained that he

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.     - 10 -

1     "believe[d] (as do others) that Apple introduced a change to limit performance when battery

2     condition decreases past a certain point."[31]

3         35.    On December 20, 2017, Apple finally admitted to this conduct and acknowledged that

4     it had deliberately slowed the performance of certain older iPhones without users' consent.  Apple

5     explained, as follows:

> Our goal is to deliver the best experience to customers, which includes overall performance and prolonging the life of their devices.  Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components.
>
> ***Last year we released a feature for iPhone 6, iPhone 6s and iPhone SE to smooth out the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions***.  We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future.[32]

12         36.    On December 11, 2017, one poster on Appleinsider.com theorized as to the cause of

13     slow-downs in the iPhone 6, as follows: "At present, the theory is that the iOS 10.2.1 update issued

14     in part to rectify iPhone 6 shutdown issues with a low-power battery condition implemented some

15     kind of down-clocking routing to slow the processor of afflicted devices."[33]

16         37.    In response to negative publicity and customer criticism, Apple later published an

17     apology letter that purported to explain its actions.[34]  The letter states as follows:

> About a year ago in iOS 10.2.1, we delivered a software update that improves power management during peak workloads to avoid unexpected shutdowns on iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, and iPhone SE.  With the update iPhone dynamically manages the maximum performance of some system components when needed to prevent a shutdown.  While these changes may go unnoticed, in some cases users may experience longer launch times for apps and other reductions in performance.

---

[31]     *Supra* at note 12.

[32]     https://techcrunch.com/2017/12/20/apple-addresses-why-people-are-saying-their-iphones-with-older-batteries-are-running-slower/ (last visited January 16, 2018).

[33]     *Supra* at note 13.

[34]     *See* https://www.apple.com/iphone-battery-and-performance/ (last visited on January 12, 2018).

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.      - 11

1    38.    Consumers now know, directly from Apple, what reports and users previously

2 speculated: that Apple's software updates purposefully slowed or "throttled down" the performance

3 and speed of iPhones.  Apple stated that it throttled down certain of the iPhone Devices to prevent

4 shutdowns when a battery's voltage fell to a certain level under three circumstances: "[w]ith a low

5 battery state of charge, a higher chemical age, or colder temperatures."[35]  Apple also identified

6 several ways in which its "throttle down" feature could affect performance on the iPhones.[36]

7    39.    In its apology letter, Apple acknowledged for the first time that replacing an iPhone's

8 "chemically aged" battery would resolve the voltage issues that would cause the performance

9 throttling to occur.[37]  Apple also indicated that it was developing an iOS software update, to be

10 released in early 2018, "with new features that give users more visibility into the health of their

11 iPhone's battery, so they can see for themselves if its conditions is affecting performance."[38]

12    40.    Apple further admitted that it had not given iPhone customers key information

13 regarding the cause of the diminution in performance that many of them, including Plaintiff,

14 experienced due to the iPhone's battery issues and Apple's decision to throttle down performance.

15    41.    Plaintiff and Class members were unaware that Apple's iOS updates – including, *e.g.*,

16 as admitted by Apple, 10.2.1 and later updates – were engineered to intentionally slow down the

17 performance speed of iPhones or that these updates otherwise had the effect of reducing iPhones'

18 functionality.

19    42.    Apple's iOS download notifications and corresponding statements regarding iOS

20 updates on its website did not disclose to, or warn consumers that the slowdown and reduced

21 functionality of certain iPhone devices was a planned result of iOS updates.  Nor did Apple inform

---

[35]    *See* https://support.apple.com/en-us/HT208387 (last visited on January 12, 2018).  This is an article entitled "iPhone Battery and Performance" that Apple issued on December 28, 2017, contemporaneously with its apology letter.

[36]    *See id.*

[37]    *Supra* at note 35 ("Of course, when a chemically aged battery is replaced with a new one, iPhone performance returns to normal when operated in standard conditions.") (last visited January 12, 2018).  A phone is not operated in standard conditions when it is operated  in "a low state of charge" or "in a cold temperature environment."  *See Supra* at Note 36.

[38]    *Supra* at note 35.

1    consumers that the shutdown bug that impacted many iPhones might be remedied by replacing the

2    battery in affected devices and avoiding the download of new iOS versions.  Battery replacement at

3    the Apple store costs less than $100, whereas the cost to upgrade to a new iPhone can range between

4    $200 to $1,000, depending on the model.

5         43.    When Plaintiff and the Class members bought their iPhone Devices they had a

6    reasonable expectation that these devices would function properly and that performance would not

7    be degraded by Apple – intentionally or otherwise.  Moreover, Plaintiff and Class members expected

8    that the iPhone Devices were compatible with Apple's own iOS software updates.  It was more than

9    an expectation.  It was what iPhone users were told.  When each iOS update was released, users were

10   encouraged and, in some cases, forced to download the new version of the iOS on their devices.

11   Nothing on Apple's website or in its iOS notifications informed consumers of the deleterious impact

12   that iOS software may (or would) have on the devices.

13        44.    Apple's intentional degradation of the iPhones' performance through the release of

14   iOS impacted the usability of Plaintiff and the Class members' devices.  Effectively, Apple has

15   forced the obsolescence of Plaintiff and Class members' iPhones by secretly diminishing their

16   performance.  Thus, Apple's admission has confirmed what iPhone users have long suspected – *i.e.*,

17   that Apple deliberately degrades the performance of older iPhone models through iOS updates to

18   encourage users to buy new iPhones.[39]  As an article in VOX noted, "the theory goes, Apple

19   intentionally messes with your iPhone, frustrating you and forcing you to shell out money to

20   upgrade."[40]

21        45.    Unsuspecting customers were forced to purchase new iPhones relying, in part, on

22   Apple's false promises and representations of performance and reliability, which Apple made after it

23   had designed and released (and was fully aware of) its performance-throttling iOS update.

---

[39]    *See* https://www.macrumors.com/2018/01/02/apple-replaces-iphone-batteries-that-pass-tests/ (visited on January 12, 2018)) (*e.g.*, "Too little too late. Apple genius denied the iphone [sic] 6 (of a family member) the $79 out of warranty battery replacement back in September and suggested a hardware upgrade instead.").

[40]    https://www.vox.com/2017/12/22/16807056/apple-slow-iphone-batteries (last visited January 3, 2018).

1    Alternatively, iPhone owners needed to purchase batteries at full price in an effort to resolve the

2    performance issues.

3        46.    Apple owed owners of the iPhone Devices a duty to refrain from purposely degrading

4    the performance of their devices without their knowledge.  These customers could not have

5    reasonably learned about Apple's "throttle down" feature.

6        47.    While a reasonable consumer would expect his/her battery life to shorten over time,

7    he/she would not expect that it would lead to degraded performance intentionally caused by the

8    manufacturer.

9        48.    As set forth further below, Apple's wrongful conduct directly and proximately caused

10    damage to Plaintiff and the Class.

11                            **CLASS ACTION ALLEGATIONS**

12        49.    Plaintiff brings this action as a class action pursuant to Federal Rules of Civil

13    Procedure 23(a) and 23(b) on behalf of herself and all others similarly situated as members of the

14    following classes:

15        **California Class:** All users of iPhone Devices in California who downloaded a
         version of iOS and who experienced reduced functionality on their device.
16
17        **Nationwide Class**: All users of iPhone Devices in the United States who
         downloaded a version of iOS and who experienced reduced functionality on their
         device.
18
19        **California Post-iOS 10.2.1 Class:** All users of iPhone Devices in California who
         downloaded iOS 10.2.1 or any later iOS version who experienced reduced
         functionality on their device.
20
21        **Nationwide Post-iOS 10.2.1 Class:** All users of iPhone Devices in the United States
         who downloaded iOS 10.2.1 or any later iOS version who experienced reduced
         functionality on their device.
22
23        50.    Subject to additional information obtained through further investigation and

24    discovery, the foregoing definition of the Class may be expanded or narrowed by amendment or an

25    amended complaint.  Specifically excluded from the proposed Class are Defendant and its officers,

26    directors, agents, trustees, parents, children, corporations, trusts, representatives, employees,

27    principals, servants, partners, joint ventures, or entities controlled by Defendant; its heirs, successors,

28

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.            - 14 -

1  assigns, or other persons or entities related to or affiliated with Defendant; its directors, or any of

2  them; the Judge assigned to this action; and any member of the Judge's immediate family.

3      51.    ***Numerosity***.  The members of the Class are so numerous that their individual joinder

4  is impracticable.  Plaintiff is informed and believes, and on that basis alleges, that the Class contains

5  millions of members.  The precise number of Class members is unknown to Plaintiff.  The true

6  number of Class members is known by Defendant, however, and, thus, may be notified of the

7  pendency of this action by first class mail, electronic mail, and by published notice.

8      52.    ***Existence and Predominance of Common Questions of Law and Fact***.  Common

9  questions of law and fact exist as to all members of the Class and predominate over any questions

10  affecting only individual Class members.  These common legal and factual questions include, but are

11  not limited to, the following:

12          (a)    Whether the functionality of the iPhone Devices was reduced as a result of

13  Apple's action on the iPhone Devices;

14          (b)    Whether the battery life of iPhone Devices was impacted by the download of

15  iOS updates;

16          (c)    Whether the iPhone Devices' speed was impacted by the download of the iOS

17  updates;

18          (d)    Whether Defendant was negligent in the design, manufacturing, and

19  distribution of the iPhone Devices;

20          (e)    Whether Defendant was negligent in the design, manufacturing, and

21  distribution of the iOS software updates;

22          (f)    Whether Defendant had an obligation to disclose the negative impact of iOS

23  software updates or inform consumers of alternatives to downloading iOS;

24          (g)    Whether Defendant failed to disclose the negative impact of iOS software

25  updates or inform consumers of alternatives to downloading iOS;

26          (h)    Whether Defendant violated the California Act (defined below);

27          (i)    Whether Defendant violated California's Unfair Competition Law (defined

28  below);

1          (j)    Whether Defendant breached the terms of its contract, including express

2    warranties, with Plaintiff and the Class by not providing the products as advertised and as a result,

3    have caused damages in the amount of the purchase price of Defendant's product.

4          (k)    Whether Defendant negligently and recklessly omitted certain material facts

5    regarding the impact of iOS on the iPhone Devices;

6          (l)    Whether Defendant willfully, falsely and knowingly omitted various material

7    facts regarding the quality and character of the iPhone Devices causing injury and harm to Plaintiff

8    and the Class;

9          (m)    Whether Plaintiff and members of the Class are entitled to statutory relief;

10         (n)    Whether Plaintiff and members of the Class are entitled to compensatory

11   relief;

12         (o)    Whether Plaintiff and members of the Class are entitled to damages, and what

13   is the proper measure of damages; and

14         (p)    Whether Plaintiff and the other Class members are entitled to declaratory and

15   injunctive relief.

16       53.    ***Typicality***.  Plaintiff's claims are typical of the claims of the members of the Class in

17   that Defendant manufactured, marketed, advertised, sold, and warranted the iPhone Devices to

18   Plaintiff and all other members of the Class.

19       54.    ***Adequacy of Representation***.  Plaintiff will fairly and adequately protect the interests

20   of the Class.  Plaintiff has retained counsel highly experienced in complex consumer class action

21   litigation, and Plaintiff intends to prosecute this action vigorously.  Plaintiff has no adverse or

22   antagonistic interests to those of the Class.

23       55.    ***Superiority***.  A class action is superior to all other available means for the fair and

24   efficient adjudication of this controversy.  The damages or other financial detriment suffered by

25   individual Class members is relatively small compared to the burden and expense that would be

26   entailed by individual litigation of their claims against Defendant.  It would thus be virtually

27   impossible for Class members, on an individual basis, to obtain effective redress for the wrongs done

28   to them.  Furthermore, even if Class members could afford such individualized litigation, the court

1  system could not.  Individualized litigation would create the danger of inconsistent or contradictory

2  judgments arising from the same set of facts.  Individualized litigation would also increase the delay

3  and expense to all parties and the court system from the issues raised by this action.  By contrast, the

4  class action device provides the benefits of adjudication of these issues in a single proceeding,

5  economies of scale, and comprehensive supervision by a single court, and presents no unusual

6  management difficulties under the circumstances here.

7       56.    In addition, the Class may be also certified because:

8            (a)    the prosecution of separate actions by individual Class members would create

9  a risk of inconsistent or varying adjudication with respect to individual Class members that would

10 establish incompatible standards of conduct for Defendant;

11           (b)    the prosecution of separate actions by individual Class members would create

12 a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the

13 interests of other Class members not parties to the adjudications, or substantially impair or impede

14 their ability to protect their interests; and/or

15           (c)    Defendant has acted or refused to act on grounds generally applicable to the

16 Class thereby making appropriate final declaratory relief with respect to the members of the Class as

17 a whole.

18      57.    The claims asserted herein are applicable to all consumers throughout the United

19 States who acquired, for use and not resale, the iPhone Devices.

20      58.    Adequate notice can be given to Class members directly using information

21 maintained in Defendant's records or through notice by publication.

22      59.    Damages may be calculated from the claims data maintained in Defendant's records,

23 so that the cost of administering a recovery for the Class can be minimized.  However, the precise

24 amount of damages available to Plaintiff and the other members of the Class is not a barrier to class

25 certification.

26

27

28

**COUNT I**

**Violations of the Consumers Legal Remedies Act**
**California Civil Code §1750,** *et seq.*

60.    Plaintiff repeats and realleges the allegations contained in all preceding paragraphs as if fully set forth herein.

61.    This cause of action is brought pursuant to Consumers Legal Remedies Act, California Civil Code §1750, *et seq.* (the "California Act").  Plaintiff is a consumer as defined by California Civil Code §1761(d).  The product is a good within the meaning of the California Act.

62.    Defendant violated and continues to violate the California Act by engaging in the following practices proscribed by California Civil Code §1770(a) in transactions that were intended to result in, and did result in, the sale of the product:

(a)    Representing that the iPhone Devices, as well as the iOS loaded onto and updated in each device, have characteristics and benefits which they do not have;

(b)    Representing that the iPhone Devices, as well as the iOS loaded onto and updated in each device, are of a particular standard, quality, or grade, which they are not;

(c)    Advertising the iPhone Devices with intent not to sell them as advertised; and

(d)    Representing that the iPhone Devices, as well as the iOS loaded onto and updated in each device,  has been supplied in accordance with previous representations when they have not.

63.    Defendant knew, or should have known, that its representations and advertisements regarding the iPhone Devices were unsubstantiated, false, and misleading.

64.    Pursuant to California Civil Code §1782(d), Plaintiff seeks a Court order enjoining the above-described wrongful acts and practices of Defendant and for restitution and disgorgement.

65.    Pursuant to §1782 of the California Act, Plaintiff sent a notice letter by certified mail to Defendant's CEO, Timothy Cook.

# COUNT II

### Violation of California's Unfair Competition Law
### California Business and Professions Code §17200, *et seq.*

66.     Plaintiff realleges and incorporates by reference the previous allegations as if fully set forth herein.

67.     Plaintiff brings this count on behalf of herself and the proposed class.

68.     California's Unfair Competition Law ("UCL") prohibits "any unlawful, unfair or fraudulent business act or practice . . . ." Cal. Bus. & Prof. Code §17200.  There are three prongs of the UCL: acts or business practices that are (1) unlawful; (2) unfair; or (3) fraudulent.

69.     Apple's development, marketing, advertising and distribution of iPhone Devices and its operating system and, more generally, Apple's choices, policies, conduct, and actions were undertaken or performed in California.  The claims alleged herein, therefore, emanated from California.

### A.     Unlawful Conduct

70.     Defendant violated §17200's prohibition against engaging in unlawful acts and practices by engaging in false and misleading advertising and by omitting material facts from purchasers of its products and iOS.  As alleged more fully herein, Apple's marketing and sale of iPhone Devices and, more specifically, its failure to warn consumers of the negative impact iOS updates would have on those iPhone Devices, violated California Civil Code §1750 and the common law.  Plaintiff reserves the right to allege other violations of law, which constitute other unlawful business acts or practices. Apple's conduct is ongoing and continues to this date.

### B.     Unfair Conduct

71.     Apple's conduct is unfair under the UCL in, at a minimum, as follows:

(a)     Apple urged consumers to install the regular updates to its iOS software, resulting in the systematic installation of performance-throttling software on iPhones without the knowledge or consent of Plaintiff or putative Class members.  By doing so, Apple deprived affected iPhone owners of the performance as existed at the time of purchase; rather, Apple knowingly forced

1    the degradation of the iPhones' functionality (*e.g.*, at a very minimum, under the circumstances it

2    admitted);

3                    (b)    Apples conduct is substantially injurious to consumers, offends public policy,

4    and is immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct outweighs any

5    alleged benefits attributable to such conduct.  Specifically, any utility gained by upgrading the iOS

6    software of the iPhones Devices was outweighed by the significant diminution of functionality that

7    occurred as a result of harm to the devices from the upgrade; and

8                    (c)    Apple chose an unfair, and therefore unlawful, course of action when other,

9    lawful alternatives were available.  For example, Apple could and should have provided owners of

10   the iPhone Devices with the right to decide whether to update iOS with the benefit of the full scope

11   of information needed to make the decision as to whether to download and install a particular iOS

12   based on offsetting considerations (*e.g.*, reduced battery power and/or other decreased functionality

13   as compared to potential increases and/or requisite security protocols).

14   72.    Apple engaged in this conduct at the expense of its customers' rights and expectations

15   and in order to gain unfair commercial advantage over its competitors.  Apple sought to avoid public

16   knowledge of the battery shutdown issues plaguing the iPhones to avoid damage to its sales or its

17   reputation.  It withheld critical information from Plaintiff and the Class members, competitors, and

18   the marketplace at large, all to its unfair competitive advantage.

19   73.    Apple's behavior emanated from its headquarters in California.  It caused harm to the

20   Plaintiff and putative class as alleged in this Complaint.  Had plaintiff and the class known that

21   Apple had engaged, or would engage, in this unfair behavior, they would not have purchased the

22   iPhone Devices or, alternatively, would not have purchased them at the premium price they paid

23   (*e.g.,* they would only have purchased them at lesser prices and/or they would have purchased less

24   expensive phones).

25   74.    Accordingly, Plaintiff and the Class members have suffered injury in fact, including

26   lost money or property, as a result of Apple's unfair behavior.

27   75.    Defendant's business practices are also unfair in that Defendant has refused to

28   adequately compensate Plaintiff and Class members for the damage caused by Defendant's actions.

1    76.    Plaintiff and Class members seek to enjoin further unfair acts or practices by Apple

2    under Cal. Bus. & Prof. Code § 17200.

3    **C.    Fraudulent Conduct**

4    77.    Defendant's business practices, as set forth herein, constitute fraudulent conduct

5    under the UCL because they were likely to deceive, and did deceive, Class members into believing

6    that the iPhones Devices were compatible with iOS.

7    78.    Apple urged consumers to install iOS updates – including, specifically, 10.2.1 and

8    11.2 – by way of false and fraudulent statements and omissions as to the contents of those software

9    updates.  The iOS updates led to the deterioration of battery-life and functionality of the iPhone

10   Devices as a whole.  This, in turn, led to sales of new iPhones and battery replacements to Class

11   members who would not have outlaid the additional costs had they known the real truth (*e.g.*, that

12   performance slowdowns were actually caused by Apple, and that a new battery might suffice to

13   restore the performance of their current phones).  Apple's concealment of the negative impact on

14   iPhone Devices caused by iOS updates impeded Plaintiff and Class members from seeking full or

15   partial refunds for impacted devices intentionally throttled by Apple.

16   79.    Apple marketed and sold iPhone Devices utilizing representations as to the stellar

17   performance that would be expected from these phones, despite the fact that its iOS updates and

18   corresponding degradation of the iPhone Devices' features would cause iPhones to fail to meet the

19   advertised performance.

20   80.    Plaintiff and the Class members had no reason at the time of purchase to suspect or

21   believe that updating the iOS software on their iPhone Devices would cause any negative effects.

22   Likewise, at the time each iOS was released, and iPhone users were prompted to download and

23   install the added benefits purportedly associated with the software updates, Plaintiff and the Class

24   members had no reason to believe that updating the iOS software on their iPhone Devices would

25   cause any negative effects.  Indeed, Apple's advertising led Plaintiff to believe the exact opposite –

26   that updating the iPhone would bring only positive benefits, such as new features, bug fixes and

27   increased security measures, to their devices.

28

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.                    - 21

1    81.    Had Plaintiff and the Class members known that the iPhone Devices could not be

2    updated without the risk of degrading the performance of the devices they would not have purchased

3    her iPhone 6, or would not have upgraded the iOS software (to the extent that was an option offered

4    to her).

5    82.    Defendant continues to violate the UCL to this day.  Plaintiff and members of the

6    Class have suffered substantial injury in fact, money or property as a result of Defendant's unfair and

7    deceptive practices.  Plaintiff and the Class' injuries include, but are not limited to, the loss in

8    diminution of value of their personal property and expenses associated with replacing or repairing

9    their iPhone Devices.

10    83.    Defendant's conduct caused and continues to cause substantial injury to Plaintiff and

11    the other Class members.  Plaintiff and the Class members have suffered injury in fact, including lost

12    money and property, as a result of Defendant's fraudulent conduct.

13    84.    Defendant has thus engaged in unlawful, unfair, and fraudulent business acts and

14    practices, entitling Plaintiff and the other Class members to judgment and equitable relief against

15    Defendant as set forth in the Prayer for Relief.

16    85.    Additionally, pursuant to California Business & Professions Code §17203, Plaintiff

17    seeks an order requiring Defendant to immediately cease such acts of unlawful, unfair, and

18    fraudulent business practices and requiring Defendant to engage in a corrective advertising

19    campaign.

20    ### COUNT III

21    ### Breach of Express Warranty

22    86.    Plaintiff repeats and realleges the allegations contained in all preceding paragraphs as

23    if fully set forth herein.

24    87.    Plaintiff and members of the Class formed a contract with Defendant at the time

25    Plaintiff and the other Class members acquired Defendant's iPhone Devices.  The terms of the

26    contract include the promises and affirmations of fact made by Defendant on its website and through

27    its marketing campaign that the iPhone Devices perform as advertised, even after updating the latest

28    iOS.

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.          - 22

1    88.    This marketing and advertising constitute express warranties, became part of the basis

2    of the bargain, and are part of a standardized contract between Plaintiff and the members of the Class

3    on the one hand and Defendant on the other.

4    89.    Plaintiff reasonably relied upon such promises and affirmations of fact contained in

5    Apple's marketing campaign.

6    90.    Defendant breached the terms of this contract, including express warranties, with

7    Plaintiff and the Class by not providing the products as advertised and described above.

8    91.    As a result of Defendant's breach of its contract and warranties, Plaintiff and

9    members of the Class have been damaged in the amount of the purchase price of Defendant's

10   product.

11   92.    All conditions precedent to Defendant's liability under this express contract,

12   including notice, have been performed by Plaintiff and the Class.

13                                    **COUNT IV**

14                          **Negligent Misrepresentation**

15   93.    Plaintiff realleges and incorporates by reference the previous allegations as if fully set

16   forth herein.

17   94.    Defendant negligently and recklessly omitted certain material facts regarding the

18   impact of iOS on the iPhone Devices.  Apple failed to warn consumers that while iOS updates could

19   provide certain necessary upgrades (*e.g.*, security protocols or patches), the iOS updates would be

20   accompanied by a degradation of functionality (*e.g.*, battery-life; throttling).  Apple, effectively,

21   misrepresented the performance of the iPhone Devices and the interplay or efficacy of iOS updates

22   on iPhones.  These misrepresentations were contained in various advertising and marketing from

23   Defendant, and were further reiterated and disseminated by the officers, agents, representatives,

24   servants, or employees of Defendant acting within the scope of their authority.

25   95.    The information misrepresented to Plaintiff and other Class members is material and

26   would have been considered by a reasonable person.

27

28

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.                    - 23 -

96.     Plaintiff and the other Class members acquired the iPhone Devices under the impression that they functioned as advertised even after downloading the latest iOS, the direct and proximate results of which were injury and harm to Plaintiff and the Class.

**COUNT V**

**Fraudulent Misrepresentation**

97.     Plaintiff realleges and incorporates by reference the previous allegations as if fully set forth herein.

98.     Plaintiff brings this count on behalf of herself and the Class members.

99.     At all relevant times, Defendant was engaged in the business of designing, manufacturing, marketing, distributing or selling the iPhone Devices.

100.     Defendant, acting through its officers, agents, servants, representatives, or employees, delivered the iPhone Devices to its own retail stores, distributors, and various other distribution channels.

101.     Defendant willfully, falsely and knowingly omitted various material facts regarding the quality and character of the iPhone Devices and the iOS updates.

102.     Defendant willfully, falsely and knowingly omitted material facts regarding the impact of iOS on the iPhone Devices.  Apple failed to warn consumers that while iOS updates could provide certain necessary upgrades (*e.g.*, security protocols or patches) the iOS updates would be accompanied by a degradation of functionality (*e.g.*, battery-life; throttling).

103.     Specifically, Apple's representations were false in that they misrepresented the content of the pertinent iOS updates.  Apple informed customers that iOS updates would have a positive impact on the overall functionality of the iPhone Devices (*e.g.*, security protection; latest application functions).  But Apple knew that this was not true and that the iOS updates had negative implications as well.  For example, in actuality, iOS 10.2.1 and 11.2 contained features that intentionally degraded the performance of the iPhones in several ways, such that owners of these phones reasonably believed they needed a new phone or battery.

104.     Apple behaved in these ways in order to boost or maintain sales of its iPhone Devices, and in order to falsely assure purchasers of the iPhone that Apple is a reputable

1  manufacturer and that its phones, along with the iOS updates, are reliable and able to perform as

2  promised.  The false representations were material to consumers because the representations played

3  a significant role in the value of the iPhone Devices they purchased.

4       105.    Plaintiff and Class members accepted the terms of use, which were silent on the

5  performance-throttling features that Apple had installed in them.  Plaintiff and Class members had

6  no way of knowing that Apple's representations as to the contents of the subject iOS updates were

7  gravely misleading.  Plaintiff and proposed Class members did not (and could not) discover Apple's

8  deception on their own.

9       106.    Although Apple had a duty to ensure the accuracy of release statements it published

10  with respect to its iOS updates, and to ensure the accuracy of performance promises and

11  representations it made in order to induce sales of new phones, it did not fulfill these duties.

12       107.    Apple actively misrepresented material facts partly to pad and protect its profits, and

13  to maintain and grow its reputation as a premier designer and vendor of smartphones and to enhance

14  the brand's image and increase its sales.  Such benefits, however, came at the expense of Plaintiff

15  and the Class members.

16       108.    Plaintiff and the Class members were unaware of these material misrepresentations,

17  and they would not have acted as they did if they had known the truth.  Plaintiff's and the putative

18  Class members' actions were justified given Apple's misrepresentations.  Apple was in exclusive

19  control of the material facts, and such facts were not known to the public, Plaintiff, or the proposed

20  Class.

21       109.    Due to Apple's misrepresentations, Plaintiff and the Class members sustained injury

22  due to the throttling of their iPhones without their knowledge.  Plaintiff and the Class members are

23  entitled to recover full or partial refunds for iPhones or batteries they purchased due to Apple's

24  misrepresentations, or they are entitled to damages for the diminished value of their iPhone Devices,

25  which no longer perform as promised and expected due to Apple's behavior as alleged in this

26  Complaint.

27       110.    Accordingly, Apple is liable to Plaintiff and the Class members for damages in an

28  amount to be proven at trial.

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.

1     111.    Further, Apple's acts were done maliciously, oppressively, deliberately, with intent to

2  defraud, and in reckless disregard of Plaintiff's and Class members' rights and well-being, and as

3  part of efforts to enrich itself in California at the expense of consumers.  Apple's acts also were done

4  in order to gain commercial advantage over its competitors, and to drive consumers away from

5  consideration of competitor devices as alleged in this Complaint.  Apple's conduct warrants an

6  assessment of punitive damages in an amount sufficient to deter such conduct in the future, which

7  amount is to be determined according to proof.

8     112.    Plaintiff acquired the iPhone 6, and then downloaded and installed the prompted iOS

9  at the urging of Apple, with the understanding that the iPhone 6 would function as advertised after

10  updating iOS.  That proved to be untrue, and is the direct and proximate results of which were injury

11  and harm to Plaintiff and the Class.

**COUNT VI**

**Quantum Meruit**

14     113.    Plaintiff realleges and incorporates by reference the previous allegations as if fully set

15  forth herein.

16     114.    Plaintiff brings this count on behalf of herself and the Class members.

17     115.    In the event that no adequate legal remedy is available, Plaintiff brings this claim in

18  the alternative in order to pursue restitution based on Apple's unjust enrichment.

19     116.    Apple has unjustly received and retained monetary benefits from Plaintiff and the

20  Class members, and inequity has resulted.

21     117.    Apple sold Plaintiff and Class members iPhone Devices marketed to have a premium

22  level of performance.  These iPhone Devices' prices reflected their promised premium performance.

23  Once Apple falsely induced Plaintiff and the Class members to install the iOS updates at issue which

24  degraded the devices' performance, the value of these devices to Plaintiff and the proposed Class

25  dropped.  Yet Apple has retained all the funds they paid.  Further, Apple has induced sales of new

26  iPhones and batteries due to its throttling, which it convinced putative Class members to interpret as

27  obsolescence.

28

118.    Apple has retained these monetary benefits that it obtained as a consequence of the wrongful practices identified in this Complaint.

119.    Thus, Plaintiff and members of the Class conferred a monetary benefit on Defendant.

120.    Additionally, through its false and misleading advertising campaign, as alleged more fully herein, Defendant has unlawfully received money and other benefits at the expense of Plaintiff and the Class members.

121.    Defendant's receipt and retention of this financial benefit is inequitable under the circumstances.

122.    Plaintiff and the Class members were not aware of the true facts about the iPhone Devices and did not benefit from Apple's conduct.  On the other hand, Apple knowingly accepted and has retained the benefits of its unjust conduct.

123.    Therefore, Defendant should be ordered to disgorge its ill-gotten gains as restitution under the theory of quantum meruit or otherwise, in amounts according to proof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of herself and all others similarly situated, prays for relief and judgment against Defendant as follows:

A.    Certification of this action as a Class Action, appointment of Plaintiff as a Class representative, and appointment of the undersigned counsel as Class counsel;

B.    An order declaring the actions complained of herein to be in violation of the statutory laws set forth above including the California Act and the UCL;

C.    An award of compensatory damages, statutory damages, restitution; penalties; and disgorgement in amounts to be determined at trial;

D.    Orders temporarily and then permanently enjoining Apple from continuing the unfair and deceptive business practices alleged in this complaint, in particular the throttling of any iPhone Devices without the consent of the iPhone's owner, and orders effecting the correction or mitigation of the unfair and deceptive practices alleged herein;

E.    An award of pre-judgment and post-judgment interest;

COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT,  et al.          - 27 -

1       F.       An award of costs, including, but not limited to, discretionary costs, attorneys' fees,

2  and expenses incurred in prosecuting this case; and

3       G.      Granting such other and further relief as the Court deems just and proper.

4                             **JURY DEMAND**

5      Plaintiff hereby demands a jury trial on all issues so triable.

6  DATED: January 16, 2018           ROBBINS GELLER RUDMAN
                                            & DOWD LLP

7                             SHAWN A. WILLIAMS

8

9                                       *s/ Shawn A. Williams*

10                                 SHAWN A. WILLIAMS

11                               Post Montgomery Center
                               One Montgomery Street, Suite 1800

12                               San Francisco, CA  94104
                               Telephone:  415/288-4545

13                               415/288-4534  (fax)
                               shawnw@rgrdlaw.com

14                               ROBBINS GELLER RUDMAN
                                         & DOWD LLP

15                               SAMUEL H. RUDMAN
                               MARK S. REICH

16                               AVITAL O. MALINA
                               58 South Service Road, Suite 200

17                               Melville, NY  11747
                               Telephone:  631/367-7100

18                               631/367-1173 (fax)
                               srudman@rgrdlaw.com

19                               mreich@rgrdlaw.com
                               amalina@rgrdlaw.com

20                               ROBBINS GELLER RUDMAN
                                         & DOWD LLP

21                               PAUL J. GELLER

22                               MARK J DEARMAN
                               JASON H. ALPERSTEIN

23                               RICARDO MARENCO
                               120 East Palmetto Park Road, Suite 500

24                               Boca Raton, FL  33432
                               Telephone:  561/750-3000

25                               561/750-3364 (fax)
                               pgeller@rgrdlaw.com

26                               mdearman@rgrdlaw.com
                               jalperstein@rgrdlaw.com

27                               rmarenco@rgrdlaw.com

28                               *Attorneys for Plaintiff*